# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CAROLINE L. KIRK, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-01210 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| SHERMAN POLICE DEPARTMENT, *et al.* | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 27, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #6) that Plaintiff Kirk's complaint (Dkt. #1) be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Kirk's complaint (Dkt. #1) is hereby **DISMISSED WITHOUT PREJUDICE**.

 **IT IS SO ORDERED**.

 **SIGNED** this 7th day of April, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE